IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

VS                                                    CR NO. **3:05-1011**

**JAMES M SHORTT**

# PLEA

The defendant, **JAMES M SHORTT**, having withdrawn his plea of Not Guilty entered 12/1/05, pleads **GUILTY** to Count **1** of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
March 6, 2006