CR 3:05-1011



Ⓐ **Health Dimensions LLC — Follow-up / Progress Notes**

Today's date: 6-3-03    Previous visit date: 3/28/03    ☐ Office visit   ☒ Phone follow-up
Name: [redacted]    Age: 23    Sex: Ⓜ F
Wgt: ___    B/P: ___    P: ___    RPM: ___
Reason for visit:  ☐ Rpt of findings  ☐ Rpt from previous visit  ☐ Progress rpt  ☐ Neural TX  ☐ New problem
Re-evaluation of: ___
Other: ___

**Follow-up / Progress Notes:**
Performance enhancement discussion

**Treatment Plan:**
☒ Order new labs   ☒ Repeat lab   ☐ Supplement change
☐ Med order   ☐ Med change   ☐ Ref for: ___
☐ IV therapy: ___
☐ Other (specify): ___

**Observations / Impressions:**
N/c D

**Treatments:**    Ordered   Performed

**Therapy orders:**
☐ IV — see formula
  IV quantity:
  IV frequency:
☐ Informed Consent completed
Phys. Re-check (or tx) every .... ☐ days ☐ wks
Lab needed every .............. ☐ days ☐ wks
Schedule next dr. visit in ........ ☐ days ☐ wks

**Nutritional support:**
☐ Diet — healthier eating
☐ Diet — wgt loss / goal ___
☐ Supplements (see chart / instructions)
Re-check schedule: ___
Referral: ___

**Notes:**
Beginning cell therapy next week

Return in:  ☐ days  ☐ wks  ☐ mos  ☐ pm    For: ☐ iv ☐ lab ☐ tx ☐ nr ☐ dr. visit
Other (specify): ___

Signature: [signature]    Date: 6-3-03

Health Dimensions Form: Med 203 (Revised 5.01.01)

GOVERNMENT EXHIBIT 1   CR 05-1011

cast
bone spurs

# Health Dimensions
## New Patient Information Data

Name: ▇▇▇▇▇    Age: 32

Address: ▇▇▇▇▇

Phone: ▇▇▇▇▇    Fax: ▇▇▇▇▇
E Mail:

Chief complaint: performance enhancement

Other complaints: _____

Referred ▇▇▇▇▇

Medications: _____

Informed of $100.00 deposit: Yes ✓  No ___ (non-refundable if cancels less than 24 hours before scheduled appointment)

Initial consultation without labs $200.00  Told patient Y/N

Lab tests and pricing discussed IGF-1, MPH, super panel

(Request patient to bring in previous labs and records if possible)

NPO for initial appointment: Y/N

Staff obtaining information: Rush    Date 1/8/03

Date of scheduled appointment 1/14/03

Deposit received: Y/N

CC#: 4427-1100-0344-1148
    05/03

(E)

NAME: ████████████

___ Brought lab reports/medical records:    ___ Request records

OBSERVATIONS / IMPRESSIONS:
_____
_____
_____
_____
_____

ASSESSMENT:
Chronic Sinus
Performance enhancement
_____
_____

PLAN:

(⊙)Labs  ___X-Ray  (⊙)Meds  (⊙)Nutrients  ___IV Therapy  ___Neural Therapy  ___Other:_____

Details:

Followup Schedule: _____

Refer to: _____    For: _____

[signature]    5-21-3
James Shortt, MD        Date

(F)

3

NAME: ███████ ███████

___Brought lab reports/medical records:        ___Request records

OBSERVATIONS / IMPRESSIONS: _____
_____
_____
_____
_____
_____

ASSESSMENT: Wants performance enhancement
_____
_____
_____

PLAN:
✓ Labs    ___X-Ray    ___Meds    ___Nutrients    ___IV Therapy    ___Neural Therapy    ___Other:___

Details:  16F
          MHP
          Super Panel

Followup Schedule: _____

Refer
to: _____    For: _____

[signature]            10-11-00
James Short, MD         Date

(G.)

2

NAME: ███████ ███████████

CURRENT STATUS:

**Chief Complaints:**      **Duration:**      **Severity:**
1. _____ : 1 2 3 4
2. _____ : 1 2 3 4
3. _____ : 1 2 3 4
4. _____ : 1 2 3 4
5. _____ : 1 2 3 4

**Present Symptoms:**      **Duration:**      **Severity:**
1. _____ : 1 2 3 4
2. _____ : 1 2 3 4
3. _____ : 1 2 3 4
4. _____ : 1 2 3 4
5. _____ : 1 2 3 4

**Current Medications:**    Strength:    Sig:    For:
1. ASA PRN
2. CLARITIN D PRN
3.
4.
5.
6.
7.
8.
9.
10.

**Current Nutritionals:**    Strength:    Sig:    For:
1. MVI
2.
3.
4.
5.
6.
7.
8.
9.
10.

Systems Review:      Exam:     Specify Positives:
Neuro: _____  __Neg __Pos
Head & Neck: : _____  __Neg __Pos
Eyes: : _____  __Neg __Pos
Throat/pharynx: : _____  __Neg __Pos
Dental: : _____  __Neg __Pos
Chest: : _____  __Neg __Pos
Breasts: : _____  __Neg __Pos
Respiratory: : _____  __Neg __Pos
Cardiovascular: : _____  __Neg __Pos
Abdomen: : _____  __Neg __Pos
Gastrointestinal: : _____  __Neg __Pos
Renal & Urologic: _____  __Neg __Pos
Musculoskeletal: : _____  __Neg __Pos
Endocrine: : _____  __Neg __Pos
Hematological: : _____  __Neg __Pos
Reproductive: _____  __Neg __Pos
Skin Integumentary: : ___  __Neg __Pos
Extremeties: _____  __Neg __Pos

SIDE NOTES:
wants to return to body building

10-31-0_

3

NAME: ███████ ███████

___ Brought lab reports/medical records:    ___ Request records

OBSERVATIONS / IMPRESSIONS:
_____
_____
_____
_____
_____

ASSESSMENT: *Body Build* (?)
_____
_____
_____

PLAN:
_X_ Labs  ___ X-Ray  ___ Meds  ___ Nutrients  _X_ IV Therapy  ___ Neural Therapy  ___ Other: _____

Details: Hormone Replacement

Followup Schedule: _____

Refer to: _____   For: _____

James Shortt, MD    10-31-1
                    Date



## Health Dimensions
James M Shortt
Medical Director
### DIAGNOSIS SHEET

Date: 12/7/00     Patient: ███████

| | Diagnosis (es) | Diagnostic Codes |
|---|---|---|
| 1. | Desires Anabolic Steroids (Bulking) | |
| 2. | Fatigue | 780.7 |
| 3. | Abnormal Liver Functions | 573.9 |
| 4. | Stress Reaction | 308.9 |
| 5. | Erectile Dysfunction | 257.9 |
| 6. | Back Pain | 724.5 |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

**Medications:**

1. Testosterone
2. HGH    D/c'd
3. Soma   D/c'd
4.
5.
6.
7.
8.
9.
10.

Revised: 9-23-03

Ⓛ

3

NAME: ███████

___ Brought lab reports/medical records:     ___ Request records

OBSERVATIONS / IMPRESSIONS: _____

ASSESSMENT: Healthy / prifemine allatrei

PLAN:
✓ Labs   ___ X-Ray   ✓ Meds   ✓ Nutrients   ___ IV Therapy   ___ Neural Therapy   ___ Other: _____

Details:

Followup Schedule: _____

Refer to: _____  For: _____

_____  11-16-3
James Shortt MD              Date