CR 3:05-1011



# HEALTH DIMENSIONS

3901 Edmund Hwy. Suite A
West Columbia, SC 29170
Phone 803-755-0114
Fax 803-755-0116

Patient Name: ███████████          Date: 12/17/02

| Test Procedure Ordered | Fee | Date Performed | Date Recorded |
|---|---|---|---|
| Initial Consult w/physical | $200.00 | 12/17/02 | |
| SUPER PANEL | 200.00 | 12/17/02 | 12/18/02 |
| 16 F. | 108.00 | 12/17/02 | 1/14/03 |
| ASI | 198.00 | 12/17/02 | 1/3/03 |
| MNP | 170.00 | 12/17/02 | 1/3/03 |
| HMA | 90.00 | 12/17/02 | 1/3/03 |
| CONSIDER CDSA | 405.00 | 12/17/02 | 8/24/03 |

**Total**

966.00

W/CDSA — 1371.00

Other tests patient is to bring to office:

Patient Records:

Physician

Results Consult          $200.00

GOVERNMENT EXHIBIT
2
3:05-1011