CR 3:05-1011

# COUNT 2

GOVERNMENT
EXHIBIT
3
3:05-1011



For ███████████

Address ███████████     Date 2-2-1-01

℞

Testosterone cypronate
200/ml
10ml

3q ī cc IM ǭuȿ

☐ LABEL
N.R. - 1 - 2 - 3 - 4 - 5 - INF.

_____     M.D. _____ M.D.
        DISPENSE AS WRITTEN            SUBSTITUTION PERMITTED

DEA No. _____

_____
                                          ADDRESS

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-2972**

Received : 01/24/2001
Completed: 01/26/2001
Reported : 01/26/2001

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 01/17/2001

## MHP    Male Hormone Panel



### ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone    Range 5-95 pg/ml
**167**    Result    - - - -> Aldosterone
Cortisol

DHEA    3-10 ng/ml
**6    Normal**

Androstenedione    20-72
**241**

Testosterone  50-80 pg/ml
**>200**

DHT    22-72 pg/ml
**>125**

Estrone    30-58 pg/ml
**43**    <- Estradiol

Diagnosis Code:   Not Provided To The Lab.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

© Copyright DTI 1998 - 2000

# COUNT 3



Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-2972**

Received : 01/24/2001
Completed: 01/26/2001
Reported : 01/26/2001

HEALTH DIMENSIONS
JAMES SHORT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 01/17/2001

**MHP    Male Hormone Panel**



**ANDROGEN PATHWAY**

Cholesterol

Pregnenolone

Progesterone    Range 5-95 pg/ml
167    Result    - - - → Aldosterone
                        Cortisol

DHEA    3-10 ng/ml        Androstenedione    20-72        Testosterone  50-80 pg/ml        DHT    22-72 pg/ml
6    Normal            241                >200                >125

Estrone    30-58 pg/ml
43    ←→ Estradiol

Diagnosis Code:    Not Provided To The Lab.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

© Copyright DTI 1998 - 2000



For _____
Address _____
℞ _____ Date 3-14-01

☐ LABEL
N.R. - 1 - 2 - 3 - 4 - 5 - INF.

227972-000/000 03/14/2001   0 REFILL(S) C-3
                93) Reh:OBH
                EK                        AWP  31.25
                29212                     NET  32.25
SHORTT, JAMES M.   BS 1985879 803-755-0114 DAW#0
3901-A EDMUND RD   . WEST COLUMBIA, SC  29170
CPD TESTOSTERON/CONGAR  30 TRO 100MG 99899-2672-66
PLACE 1 TROCHE BETWEEN CHEEK AND GUM AND LET
SLOWLY DISSOLVE ONCE DAILY

SUBSTITUTION PE

# COUNT 4

PIV Thurs
4-12

DEA # BS1966879

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2800 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 16805

NAME

ADDRESS _____  DATE 4-10-1

℞ (Please Print)

Testostrone cypronate 200/ml
10ml

Sig ḯ cc Qwh IM

and syringes
also.

☐ LABEL

REFILL 2 TIMES  PRN  NR

DISPENSE AS WRITTEN

_____ M.D.    _____ M.D.
SUBSTITUTION PERMITTED

24-JUL-00                    01-160186560-3-19725_0006

PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 01-13383

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116


Received : 04/03/2001
Completed: 04/06/2001
Reported : 04/06/2001

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: /:/

**MHP**    **Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol
Preghenolone

Progesterone    Range 5-95 pg/ml --- → Aldosterone
32    Result                              Cortisol

DHEA    3-10 ng/ml
>25.0 Elevated DHEA
may indicate
exogenous intake.

Androstenedione    20-72
>250

Testosterone 60-110 pg/ml
>200

DHT
>125

Estrone    30-58 pg/ml
~ 52    → Estradiol

Unable to validate results due to absence of COLLECTION DATE(S). Please interpret with Discretion.

Diagnosis Code:    Not Provided To The Lab.

| Reference Ranges | | |
| --- | --- | --- |
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

© Copyright DTI 1998 - 2001

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 00-36275

Received : 10/20/2000
Completed: 10/26/2000
Reported : 10/26/2000

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For: 

Age:                Gender: Male

Patient's Tel:
Specimen Collected: 10/13/2000

MHP    Male Hormone Panel



ANDROGEN PATHWAY

Test Code DHEA stands for a combined measurement of DHEA and DHEA-S.
Low DHEA is a normal finding in children below age of 14 and DHEA augmentation is
NOT APPLICABLE.

Diagnosis Code:   Not Provided To The Lab.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Tetosterone | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestoterone | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

report : Result_MHP

# COUNT 5

For ████████ ████████

Address _____ Date 4-16-01

℞

229071-000/000 04/16/2001    0 REFILL(S) C-3
            ████ 6493) Rph:JHP              AWP  31.25
                                            NET  32.25
            ████                29212
SHORTT, JAMES M.    BS1986879 803-755-0114 DAW#0
3901-A EDMUND RD  , WEST COLUMBIA, SC  29170
CPD TESTOSTERON/CONGAR  30 TRO 100MG  99999-2672-66
PLACE 1 TROCHE BETWEEN CHEEK AND GUM AND LET
SLOWLY DISSOLVE ONCE DAILY

*Test Trochar 10g #90*
*7 QDay*

☐ LABEL
Ⓝ.R. - 1 - 2 - 3 - 4 - 5 - INF.

_____  M.D.    J. Shortt _____  M.D.
   DISPENSE AS WRITTEN         SUBSTITUTION PERMITTED

DEA No. _____    _____
                                    ADDRESS

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-2972**

Received : 01/24/2001
Completed: 01/26/2001
Reported : 01/26/2001

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 01/17/2001

<u>MHP</u>     **Male Hormone Panel**



**ANDROGEN PATHWAY**

Cholesterol

Preghenolone

Progesterone   Range 5-95 pg/ml
167   Result                    ----→ Aldosterone
                                      Cortisol

DHEA   3-10 ng/ml     Androstenedione   20-72     Testosterone  50-80 pg/ml     DHT   22-72 pg/ml
6   Normal           241                          >200                         >125

                      Estrone   30-58 pg/ml
                      43                  ←→ Estradiol

Diagnosis Code:    Not Provided To The Lab.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

© Copyright DTI 1998 - 2000

# COUNT 6

For ███████████  ███████████

Address _____  Date **6-14-01**

℞

*Deca Durabolin* 200 mg/ml #8

1/2 Tml 2x week

231182-000/000  06/18/2001   0 REFILL(S) C-3          AWP 214.72
              3)  Rph:JHP                             NET 247.93
        ███████████
        SHORTT, JAMES M.    BS 1968879 803-755-0114 DAW#0
        3901-A EDMUND RD  , WEST COLUMBIA, SC   29170
        DECA-DURABOLIN/ORGANO   8 INJ 200MG  00052-0698-01
        INJECT 1 CC 2 TIMES A WEEK
2 - 3 - 4 -

_____ M.D. ___*Jim Shortt*___ M.D.
   PRODUCT SELECTION PERMITTED              DISPENSE AS WRITTEN

DEA No. _____  Address _____
REORDER # 15052  - 2-RX NC, AL, TX, LA, NM · **SAMUELS PRODUCTS, Inc.** - 1-800-543-7155 · FAX 1-513-891-4520

Document Downloaded from ... on 02/06/06 ... Entry Number 59-3 ... Page 16 of 129

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-2972**

Received : 01/24/2001
Completed: 01/26/2001
Reported : 01/26/2001

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 01/17/2001

**MHP      Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol

Preghenolone

Progesterone    Range 5-95 pg/ml
167
Result

→ Aldosterone
Cortisol

DHEA      3-10 ng/ml          Androstenedione    20-72       Testosterone  50-80 pg/ml      DHT      22-72 pg/ml
6    Normal                   241                             >200                            >125

Estrone      30-58 pg/ml   ←→ Estradiol
43

Diagnosis Code:    Not Provided To The Lab.

### Reference Ranges

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestorone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

© Copyright DTI 1998 - 2000

# COUNT 7

DEA # BS1966879

**HEALTH DIMENSIONS**

**JAMES M. SHORTT, M.D.**

| MIDLANDS OFFICE | UPSTATE OFFICE |
|---|---|
| 3901 EDMUND HIGHWAY | 2500 WINCHESTER PLACE |
| SUITE A | SUITE 107 |
| WEST COLUMBIA, SC 29170 | SPARTANBURG, SC 29301 |
| 803-755-0114  FAX: 803-755-0116 | 864-595-2552  FAX: 864-595-2554 |

SC LIC No. 18805

NAME ████████  ████████████

ADDRESS _____ DATE 7-24-1

℞ (Please Print)

Testosterone cypronate 200/W/
10ns

Sig: π cc IM Quk

232378-000/002  07/24/2001   2 REFILL(S) C-3
)  Rph:GED

AWP  60.00
NET  61.00

SHORTT, JAMES M.       BS1966879 803-755-0114 DAW#0
3901-A EDMUND RD       WEST COLUMBIA, SC  29170
CPD TESTOS CYP/CONGAR  10 INJ 200MG 99999-4529-31
INJECT 2 ML IM WEEKLY.

☐ LABEL

REFILL **2** TIMES   PRN   NR

DISPENSE AS WRITTEN _____ M.D.     _____ M.D.
                                      SUBSTITUTION PERMITTED

24-JUL-00

01-100165568-3-19725_0086

PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-13383**

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected:  / /

<u>MHP</u>    Male Hormone Panel



### ANDROGEN PATHWAY

Cholesterol → Pregnenolone

Progesterone — Range 5-95 pg/ml — 32 — → Aldosterone, Cortisol

DHEA  3-10 ng/ml  >25.0 Elevated DHEA may indicate exogenous intake.

Androstenedione  20-72  >250

Testosterone 60-110 pg/ml  >200

DHT  >125

Estrone  30-58 pg/ml  ~82  ↔ Estradiol

Unable to validate results due to absence of COLLECTION DATE(S). Please Interpret with Discretion.

Diagnosis Code:  Not Provided To The Lab.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

© Copyright DTI 1998 - 2001

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 00-36275

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 10/13/2000

**MHP**    **Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone    Range  5-95 pg/ml  - - - → Aldosterone
(88)
Result                                      Cortisol

DHEA      3-10 ng/ml   Androstenedione   20-72   Testosterone 60-110 pg/ml   DHT
9   Normal            (154)                    (>200)                        118

Estrone    30-58 pg/ml ←
(89)                    → Estradiol

Test Code DHEA stands for a combined measurement of DHEA and DHEA-S.
Low DHEA is a normal finding in children below age of 14 and DHEA augmentation is
NOT APPLICABLE.

Diagnosis Code:   Not Provided To The Lab.

### Reference Ranges

| Hormone | Range | Age |
|---|---|---|
| Testosterone | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

Please use this report in context of the clinical picture before initiating hormone or other therapies.
COURTESY INTERPRETATION of test and technical support are available upon request, to Physician Only

1

report : Result_MHP

# COUNT 8

DEA # BS1966879

**HEALTH DIMENSIONS**

**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC NO. 18805

NAME ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

ADDRESS ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ DATE **3-5-2**

**℞** (Please Print)

*Testosterone cypronate*
*200/ml*
*10 ml*
*#0*

*Sig: ⅲ cc IM @ wk*

949451 0-1 Refills BEFORE 08/01/02 Filled:03/05/02  C-3
              Filled by: JHP/  AWP: $120.0
                                CASH: $123.00
JAMES SHORTT, MD BS1966879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC 29170
99989-4529-31 CPD TESTOS CYP 200MG/ML 200MG 20 INJ Mfg:
INJECT 3 ML IM WEEKLY

REFILL ___/___ TIMES  PRN/ NR

DISPENSE AS WRITTEN                    SUBSTITUTION PERMITTED         M.D.

01-DEC-00                                      D1-150180560-4-22715_0256

# Diagnos-Techs, Inc.

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-25922**

```
Received  : 06/16/2001
Completed : 06/22/2001
Reported  : 06/22/2001
```

HEALTH DIMENSIONS - UPSTATE
JAMES SHORTT, MD
2500 WINCHESTER PL, #107

SPARTANBURG SC 29301
Tel: 1(864)595-2552  Fax: 1(864)595-2554

```
Results For:
Age:                  Gender: Male
Patient's Tel:
Specimen Collected: 06/10/2001
```

**MHP    Male Hormone Panel**



Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with previous reference range(s):

Male    20 - 72 pg/ml.
Female  12 - 62 pg/ml.

Diagnosis Code:   Not Provided To The Lab.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 71 - 138 | < 20 yrs |
|  | 50 - 110 | 20 - 30 yrs |
|  | 44 - 88 | 31 - 40 yrs |
|  | 38 - 79 | 41 - 50 yrs |
|  | 35 - 60 | 51 - 60 yrs |
|  | 24 - 55 | 61 - 70 yrs |
|  | 15 - 65 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 33 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 32 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 400 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 270 | Normal |
|  | 271 - 400 | Borderline High |
| Estrone (Female) | 30 - 60 | 40 - 49 yrs |
|  | 25 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

...port to be used in clinical context before initiating management.
...ESY INTERPRETATION/technical support available upon request, to Physicians Only

© Copyright DTI 1998 - 2001

# COUNT 9

DEA # BS1966879

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC NO. 18805

NAME ███████████████   ████████████

ADDRESS _____   DATE  4-18-2

℞  (Please Print)

TESTOSTERONE TROCHES
100m #30

950867-0  1 Refills BEFORE 10/15/02 Filled:04/18/02  C-3
                             Filled by: JHP/  AWP: $59.00
                                              CASH: $52.00
████████████████ BS1966879 (803) 755-0114 DAW# 0
JAMES SHORTT, MD WEST COLUMBIA, SC  29170
3901-A ECMUND RD, WEST COLUMBIA, SC  29170
99999-2672-66 CPD TESTOSTERONE 100MG 30 TRO Mfg: CONG
SLOWLY DISSOLVE 1 TROCHE BETWEEN CHEEK AND GUM
DAILY

☐ LABEL

REFILL ____ TIMES   PRN   NR

DISPENSE AS WRITTEN                                      M.D.

01-DEC-00                     SUBSTITUTION PERMITTED

01-10018656-4-22715_0256

# Diagnos-Techs, Inc.

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-12871

Received  : 04/01/2002
Completed: 04/05/2002
Reported  : 04/05/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 03/28/2002

MHP    Male Hormone Panel



* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male    20 - 72 pg/ml.
Female 12 - 62 pg/ml

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestoterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2002

# COUNT 10

**05/01/02**

**TO:** JAMES SHORTT
3901-A EDMUND RD
WEST COLUMBIA, SC 29170

**DEA#:** BS1966879
**Phone#:** (803)-755-0114

**FROM:** Congaree Pharmacy
3901-D Edmund Road
West Columbia, SC 29170

951273-0 1 Refills BEFORE 10/28/02 Filled:05/01/02 C-3
Filed by: DBH/ AWP: $60.00
CASH: $62.00
JAMES SHORTT, MD BS1956879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC 29170
99999-4529-31 CPD-TESTOS CYP 200MG/ML 200MG 10 INJ Mfg:
INJECT 2 MLS IM WEEKLY.

**RX#:** 949451 - 1   **Qty Filled:** 20.000
**Filled By:** GED   **Filled Date:** 03/25/02   **Orig Date Written:** 03/05/02

**Patient Info:**   **Patient ID:** 20145

**DOB:**   **Phone:**   **SSN:** - -

**Drug Info:** CPD-TESTOS CYP 200MG/ML   99999-4529-31
**Form:** INJ   **Strength:** 200MG

INJECT 3 ML IM WEEKLY
2 ml

**Refills Authorized:** /   **Qty:** 10cc   **Date:** 5-1-2

**Physican Signature:**

**Notes:**

54 66 4706 0591 7302
06/03

**Doctor Phone:** (803)-755-0114   **Doctor Fax:** 8037550116
**Pharmacy Phone:** (803)-755-9600   **Pharmacy Fax:** (803)-755-3271

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Received : 03/19/2002
Completed: 03/26/2002
Reported : 03/26/2002

**Accession # 02-11295**

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:            Gender:

Patient's Tel:
Specimen Collected: 03/13/2002

## MHP    Male Hormone Panel



### ANDROGEN PATHWAY

Cholesterol

Pregnenolone

| | Range |
|---|---|
| Progesterone | 5-95 pg/ml |
| >1000 | |

→ Aldosterone

Cortisol

DHEA    3-10 ng/ml
>25.0 Elevated DHEA
may indicate
exogenous intake.

Androstenedione 151-350 pg/ml
>1000 *

Testosterone  50-80 pg/ml
>200

DHT    22-72 pg/ml
>125

Estrone    30-58 pg/ml
>100

Estradiol

* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male   20 - 72  pg/ml
Female 12 - 62 pg/ml

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yr |
| | 26 - 64 | 50 - 59 yr |
| | 35 - 65 | > 60 yr |

© Copyright DTI 1998 - 2002

1

Urine

# DiagnosTechs

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-25922**

Received : 06/16/2001
Completed: 06/22/2001
Reported : 06/22/2001

HEALTH DIMENSIONS - UPSTATE
JAMES SHORTT, MD
2500 WINCHESTER PL, #107

SPARTANBURG SC 29301
Tel: 1(864)595-2552  Fax: 1(864)595-2554

Results For:

Age:                          Gender: Male

Patient's Tel:
Specimen Collected: 06/10/2001

**MHP**    **Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol → Pregnenolone

Progesterone  Range 3-12 pg/ml  Result 18  - - - → Aldosterone / Cortisol

DHEA  3-10 ng/ml  Normal

Androstenedione 101-150 pg/ml  412

Testosterone  50-90 pg/ml  >200

DHT  22-72 pg/ml  >128

Estrone  30-55 pg/ml  24  ←→ Estradiol

Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure.  Previous results should be interpreted with the previous reference range(s):

   Male    20 - 72 pg/ml.
   Female 12 - 62 pg/ml.

Diagnosis Code:  Not Provided To The Lab.

**Reference Ranges**

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 30 - 154 | < 20 yrs |
|  | 40 - 110 | 20 - 30 yrs |
|  | 35 - 100 | 31 - 40 yrs |
|  | 30 - 90 | 41 - 50 yrs |
|  | 25 - 70 | 51 - 60 yrs |
|  | 30 - 85 | 61 - 70 yrs |
|  | 15 - 65 | > 70 yrs |
| Dihydrotestosterone (Male) | 37 - 77 | 30 - 39 yrs |
|  | 30 - 132 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 30 - 85 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 400 | Borderline High |
| Androstenedione (Female > 15 years) | 25 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 30 - 60 | 40 - 49 yrs |
|  | 24 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

report to be used in clinical context before initiating management.

ESY INTERPRETATION/technical support available upon request, to Physicians Only

© Copyright DTI 1998 - 2001

# COUNT 11

DEA # BS1986879

951623-0  1 Refills BEFORE 11/10/02 Filled:05/14/02  C-3
01/04/74  Filled by: JHP/ AWP: $60.00
CASH: $91.00

JAMES SHORTT, MD BS1986879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC  29170
99999-4529-31 CPD-TESTOS CYP 200MG/ML 200MG 10 INJ Mfg:     301
INJECT 2 ML INTRAMUSCULARLY EVERY WEEK.                          95-2554

NAME

ADDRESS _____ DATE 5-14-2

Rx (Please Print)   *Corp...*

*Testosterone Cypionate*
*200/ml*
*10 ml*

*Sig: 2cc IM @ wk*

REFILL __1__ TIMES  PRN  NR
☐ LABEL

DISPENSE AS WRITTEN                    SUBSTITUTION PERMITTED

05-JUN-01                              01-108166565-5-25203_0012

**DTI Inc.**

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Received  : 03/28/2002
Completed: 04/05/2002
Reported  : 04/05/2002

Accession # 02-12443

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116


Results For:
Age:                  Gender: Male
Patient's Tel:
Specimen Collected: 03/24/2002

MHP    Male Hormone Panel



### ANDROGEN PATHWAY

Cholesterol
↓
Pregnenolone

Progesterone    Range  5-95 pg/ml    - - → Aldosterone
61                                         Cortisol
Result

DHEA    3-10 ng/ml    Androstenedione 51-350 pg/ml    ↔    Testosterone 60-110 pg/ml    DHT
8   Normal            1000 *                                >200                          >125

Estrone    30-58 pg/ml    ↔    Estradiol
57

* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):

Male    20 - 72  pg/ml.
Female 12 - 62 pg/mL

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2002

# COUNT 12

N-1

953069-0 1 Refills BEFORE 01/04/03 Filled:07/08/02  C-3
                              ) Filled by: JHP/ AWP: $59.00
                                      CASH: $62.00

JAMES SHORTT, MD BS1966879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC  29170
99999-8452-50 CPD-TESTOSTERONE CREAM 10% 30 CRE Mfg:
APPLY 1 ML TO ABDOMEN AND RUB IN WELL ONCE DAILY, MONDAY THRU

                                                    *STATE OFFICE
                                                    WINCHESTER PLACE
                                                    SUITE 107

        WEST COLUMBIA, SC 29170              SPARTANSBURG, SC 29301
        803-755-0114  FAX: 803-755-0118     864-595-2552  FAX: 864-595-2554
                           SC Lic No. 18805

NAME _____

ADDRESS _____  DATE 7/8/02

℞  (Please Print)

Testostrone Cream 10%

Sig: Apply icc & Rub in   30ml

Mon-Fri

Rx by you - Thurs

to Ros,

☐ LABEL

REFILL __1__ TIMES   PRN ___

_____  _____ M.D.

DISPENSE AS WRITTEN        SUBSTITUTION PERMITTED

05-JUN-01                          01-180199998-5-25203_0012

**Diagnos-Techs, Inc.**

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-12871

Received : 04/01/2002
Completed: 04/05/2002
Reported : 04/05/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 03/28/2002

MHP     Male Hormone Panel



**ANDROGEN PATHWAY**

Cholesterol

Preghenolone

Progesterone    Range 5-95 pg/ml    - - → Aldosterone
55 Result                                   Cortisol

DHEA    3-10 ng/ml    Androstenedione 51-350 pg/ml    ←→ Testosterone 60-110 pg/ml    DHT
15  Elevated DHEA    604 *                           >200                           105
    may indicate
    exogenous intake .

Estrone    30-58 pg/ml    ←→ Estradiol
13

* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):

    Male   20 - 72 pg/ml.
    Female 12 - 62 pg/ml

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

© Copyright DTI 1998 - 2002

# COUNT 13

N-10



DEA # BS1966579

**HEALTH DIMENSIONS**
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME ▮▮▮▮▮

ADDRESS ▮▮▮▮▮

R (Please Print)                                    DATE 7-31-02

Testosterone Cream 10%
30ml

Sig: Apply T cc Mon-Fri
Rub in well

C BH
3737
7/31/02

☐ LABEL

REFILL _____ TIMES    PRN    NR

DISPENSE AS WRITTEN _____ M.D.    SUBSTITUTION PERMITTED _____ M.D.

05-JUN-01
01-199166599-5-25202_0812

**Diagnos-Techs, Inc.**

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-12871

Received : 04/01/2002
Completed: 04/05/2002
Reported : 04/05/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 03/28/2002

MHP     Male Hormone Panel



ANDROGEN PATHWAY

* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure.  Previous results should be interpreted with the previous reference range(s):

Male   20 - 72 pg/ml.
Female 12 - 62 pg/ml.

**Reference Ranges**

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2002

# COUNT 14



DEA # BS1966879

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME ▮▮▮▮▮▮▮▮▮

ADDRESS _____ DATE 9-18-02

℞ (Please Print)

Testosterone cypronate
200/ml
10ml

Sig π̈ cc im Qwk

3737
9-18-02

DISPENSE AS WRITTEN                    M.D.
24-JUL-00

LABEL
REFILL ___ TIMES  PRN  NR
SUBSTITUTION PERMITTED _____ M.D.

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-33632

Received : 08/13/2002
Completed: 08/15/2002
Reported : 08/15/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 08/06/2002

## MHP    Male Hormone Panel



* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

   Male   20 - 72 pg/mL
   Female 12 - 62 pg/mL

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

© Copyright DTI 1998 - 2002

Other          Food Allergies          Urine

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 02-11295**

Received : 03/19/2002
Completed: 03/26/2002
Reported : 03/26/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:                    Gender : Male

Patient's Tel:
Specimen Collected: 03/13/2002

**MHP      Male Hormone Panel**



* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):
        Male   20 - 72 pg/mL
        Female 12 - 62 pg/mL

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yr |
|  | 26 - 64 | 50 - 59 yr |
|  | 35 - 65 | > 60 yr |

© Copyright DTI 1998 - 2002

# Diagnos

**Clinical & Research Laboratory**
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-25922**

| | |
|---|---|
| Received : | 06/16/2001 |
| Completed: | 06/22/2001 |
| Reported : | 06/22/2001 |

HEALTH DIMENSIONS - UPSTATE
JAMES SHORTT, MD
2500 WINCHESTER PL, #107

SPARTANBURG SC 29301
Tel: 1(864)595-2552  Fax: 1(864)595-2554

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 06/10/2001

**MHP**    **Male Hormone Panel**



**ANDROGEN PATHWAY**

Cholesterol
Pregnenolone

Progesterone  Range  8-42 pg/ml
15  Result                    ----→ Aldosterone
                                    Cortisol

DHEA  3-10 ng/ml
6  Normal

Androstenedione  101-350 pg/ml
415*  ←→ Testosterone  50-90 pg/ml
>200  ←→  DHT  22-75 ng/ml
>125

Estrone  30-40 pg/ml
20  ←  Estradiol

' Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure.  Previous results should be interpreted with
he previous reference range(s):
    Male    20 - 72 pg/ml
    Female 12 - 62 pg/ml.

Diagnosis Code:  Not Provided To The Lab.

**Reference Range**

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 130 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 40 - 90 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 25 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 25 - 75 | 30 - 39 yrs |
| | 30 - 115 | 40 - 49 yrs |
| | 31 - 107 | 50 - 59 yrs |
| | 22 - 85 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 400 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 375 | Normal |
| | 376 - 400 | Borderline High |
| Estrone (Female) | 30 - 40 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

oort to be used in clinical context before initiating management.
ESY INTERPRETATION/technical support available upon request, to Physicians Only

1

© Copyright DTI 1998 - 2001

# COUNT 15

**TELEPHONED PRESCRIPTION**

DELIVER ☐
WILL CALL ☐

FOR _____

ADDRESS _____  DATE 12/19/02

958118-0  No refills Filed 12/19/02  C-3
10/62  Filled by: JHP/  AWP: $250
CASH: $252.00

JAMES SHORTT, MD BS1968879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC 29170
99898-5787-71 CPD-NANDROLONE DECANOATE 200MG/ML 10
INJECT 1ML (CC) IM ONCE A WEEK.

Cpd Nandrolone Decanoate 10ml 12-19-02
200 mg/ml
1 ml @ week

Refill __0__ Times

Dr. _____
      Dispense as Written

Dr. _____
      Substitution Permissible

Address _____  DEA No. 12-19-02

Called in by _____

Ⓣ Apothecary Products, Inc.

Item #52948

Diagnos-Techs, Inc.

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-14656

Received : 04/11/2002
Completed: 04/19/2002
Reported : 04/19/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:                 Gender: Male

Patient's Tel:
Specimen Collected: 04/09/2002

MHP    Male Hormone Panel



ANDROGEN PATHWAY

Cholesterol

Preghenolone

| | Range | |
Progesterone  5-95 pg/ml  - - - →  Aldosterone
48                                   Cortisol

DHEA  3-10 ng/ml
15  Elevated DHEA may indicate exogenous intake.

Androstenedione 51-350 pg/ml
>1000 *

Testosterone  50-80 pg/ml
>200

DHT  52-123 pg/ml
>125

Estrone  30-58 pg/ml
17

Estradiol

* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

    Male    20 - 72  pg/ml
    Female 12 - 62 pg/ml

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestoterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2002

# COUNT 16

N - 8

DEA # BS1966879

**HEALTH DIMENSIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADDRESS _____ DATE 12-19-2

**Rx** (Please Print)

TeStostrone cypronate 200/ml
10ml

Sig 1½ cc IM Qwk

#04787
12-19-02

☐ LABEL

REFILL ___ TIMES   PRN   NR

DISPENSE AS WRITTEN          M.D.          SUBSTITUTION PERMITTED          M.D.

24-JUL-00

07060186566-3-11573_0080

# Diagnos-Techs, Inc.

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-14656

Received : 04/11/2002
Completed: 04/19/2002
Reported : 04/19/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114 Fax: 1(803)755-0116

Results For:

Age:                     Gender: Male

Patient's Tel:
Specimen Collected: 04/09/2002

MHP    Male Hormone Panel



ANDROGEN PATHWAY

| | | Range | |
|---|---|---|---|
| Cholesterol | | | |
| Pregnenolone | Progesterone | 5-95 pg/ml | Aldosterone |
| | 48 | | Cortisol |
| | Result | | |
| DHEA 3-10 ng/ml | Androstenedione 151-350 pg/ml | Testosterone 50-80 pg/ml | DHT 52-123 pg/ml |
| 15 Elevated DHEA may indicate exogenous intake. | >1000 * | >200 | >125 |
| | Estrone 30-58 pg/ml | Estradiol | |
| | 17 | | |

\* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):

Male  20 - 72 pg/ml.
Female 12 - 62 pg/ml.

## Reference Ranges

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2002

# COUNT 17

Clinical & Research Laboratory
PO BOX 389662  Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-33632

Received : 08/13/2002
Completed: 08/15/2002
Reported : 08/15/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                 Gender: Male

Patient's Tel:
Specimen Collected: 08/06/2002

## MHP    Male Hormone Panel



* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

       Male   20 - 72  pg/ml.
       Female 12 - 62 pg/ml

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestoterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

© Copyright DTI 1998 - 2002

Other                    Food Allergies              Urine

TELEPHONED PRESCRIPTION

DELIVER ☐
WILL CALL ☐

FOR ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     DATE 1/29/03

ADDRESS _____

℞

959394-0 No refills Filled:01/29/03  C-3
▓▓▓ 45) 02/10/64  Filed by: JHP/ AWP: $60.00
                                    CASH: $63.00

JAMES SHORT, MD BS1986879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC 29170
99999-4529-31 CPD-TESTOS CYP 200MG/ML R 200MG 10 INJ M
INJECT 2 ML IM EVERY WEEK

Cpd - Testosterone Cyp. 200 y/ml

2 ml Im Q Week

Refill ___ Times

Dr. _____
Dispense as Written

Dr. J. Short
Substitution Permissible

Address _____     DEA No.

Called in by _____

Ⓟ Apothecary Products, Inc.

Item #52946

**Clinical & Research Laboratory**
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

Received : 03/19/2002
Completed: 03/26/2002
Reported : 03/26/2002

**Accession # 02-11295**

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:
Age:            Gender: Male
Patient's Tel:
Specimen Collected: 03/13/2002

**MHP**    **Male Hormone Panel**



\* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

    Male    20 - 72 pg/ml.
    Female  12 - 62 pg/ml.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yr |
| | 26 - 64 | 50 - 59 yr |
| | 35 - 65 | > 60 yr |

1

© Copyright DTI 1998 - 2002

# Diagnos...
**Clinical & Research Laboratory**
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-25922**

Received : 06/16/2001
Completed: 06/22/2001
Reported : 06/22/2001

HEALTH DIMENSIONS - UPSTATE
JAMES SHORTT, MD
2500 WINCHESTER PL, #107

SPARTANBURG SC 29301
Tel: 1(864)595-2552   Fax: 1(864)595-2554

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 06/10/2001

**MHP    Male Hormone Panel**



Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure.  Previous results should be interpreted with the previous reference range(s):

     Male    20 - 72 pg/ml.
     Female 12 - 62 pg/ml.

Diagnosis Code:   Not Provided To The Lab.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | | < 20 yrs |
| | | 20 - 30 yrs |
| | | 31 - 40 yrs |
| | | 41 - 50 yrs |
| | | 51 - 60 yrs |
| | | 61 - 70 yrs |
| | | > 70 yrs |
| Dihydrotestosterone (Male) | | 30 - 39 yrs |
| | | 40 - 49 yrs |
| | | 50 - 59 yrs |
| | | > 60 yrs |
| Androstenedione (Male > 15 years) | | Borderline Low |
| | | Normal |
| | | Borderline High |
| Androstenedione (Female > 15 years) | | Borderline Low |
| | | Normal |
| | | Borderline High |
| Estrone (Female) | | 40 - 49 yrs |
| | | 50 - 59 yrs |
| | | > 60 yrs |

...ort to be used in clinical context before initiating management.
...ESY INTERPRETATION/technical support available upon request, to Physicians Only

© Copyright DTI 1998 - 2001

# COUNT 18

DEA # BS1966879

**HEALTH DIRECTIONS**

JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3801 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805
Fax 864-457-4144



960582-0  5 Refills BEFORE 08/31/03 Filled:03/04/03  C-3
(                  0) 02/10/04  Filled by: JHPJ  AWP: $60.00
                                      CASH: $63.00

JAMES SHORTT, MD BS1966879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC 29170
99999-4529-31 CPO-TESTOS CYP 200MG/ML R 200MG 10 INJ M
INJECT 2 ML IM EVERY WEEK

### Diagnos-Techs, Inc.
Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 03-7312**

Received : 02/19/2003
Completed: 02/21/2003
Reported : 02/21/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:          Gender:

Patient's Tel:
Specimen Collected: 02/15/2003

**MHP**    **Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone  Range  5-95 pg/ml  - - -> Aldosterone
30  Result                              Cortisol

DHEA  3-10 ng/ml    Androstenedione 151-350 pg/ml    Testosterone  50-80 pg/ml    DHT  22-72 pg/ml
12  Elevated DHEA    >1000 *                          >200                         >125
may indicate
exogenous intake.

Estrone  30-58 pg/ml    Estradiol
43

\* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

    Male    20 - 72 pg/ml.
    Female 12 - 62 pg/ml.

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 – 135 | < 20 yrs |
|  | 60 – 110 | 20 - 30 yrs |
|  | 50 – 80 | 31 - 40 yrs |
|  | 40 – 70 | 41 - 50 yrs |
|  | 35 – 65 | 51 - 60 yrs |
|  | 20 – 55 | 61 - 70 yrs |
|  | 15 – 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 – 72 | 30 - 39 yrs |
|  | 52 – 123 | 40 - 49 yrs |
|  | 51 – 107 | 50 - 59 yrs |
|  | 39 – 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 – 150 | Borderline Low |
|  | 151 – 350 | Normal |
|  | 351 – 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 – 124 | Borderline Low |
|  | 125 – 274 | Normal |
|  | 275 – 400 | Borderline High |
| Estrone (Female) | 38 – 68 | 40 - 49 yrs |
|  | 26 – 64 | 50 - 59 yrs |
|  | 35 – 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 02-33632**

Received : 08/13/2002
Completed: 08/15/2002
Reported : 08/15/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                Gender: Male

Patient's Tel:
Specimen Collected: 08/06/2002

MHP    Male Hormone Panel



## ANDROGEN PATHWAY

* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male    20 - 72 pg/ml
Female 12 - 62 pg/ml

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2002

Other        Food Allergies        Urine

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 02-11295**

Received : 03/19/2002
Completed: 03/26/2002
Reported : 03/26/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:            Gender: Male

Patient's Tel:
Specimen Collected: 03/13/2002

**MHP    Male Hormone Panel**



**ANDROGEN PATHWAY**

Cholesterol

Pregnenolone

Progesterone — Range 5-95 pg/ml → Aldosterone
>1000                                    Cortisol

DHEA  3-10 ng/ml     Androstenedione 151-350 pg/ml    Testosterone 50-80 pg/ml    DHT 22-72 pg/ml
>25.0 Elevated DHEA      >1000 *                           >200                      >125
may indicate
exogenous intake.

Estrone  38-58 pg/ml → Estradiol
>100

\* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male   20 - 72 pg/ml
Female 12 - 62 pg/ml

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yr |
| | 26 - 64 | 50 - 59 yr |
| | 35 - 65 | > 60 yr |

© Copyright DTI 1998 - 2002

# Diagnos...

**Clinical & Research Laboratory**
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 01-25922**

Received : 06/16/2001
Completed: 06/22/2001
Reported : 06/22/2001

HEALTH DIMENSIONS - UPSTATE
JAMES SHORTT, MD
2500 WINCHESTER PL, #107

SPARTANBURG SC 29301
Tel: 1(864)595-2552  Fax: 1(864)595-2554

Results For

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 06/10/2001

## MHP   Male Hormone Panel



**ANDROGEN PATHWAY**

Cholesterol → Pregnenolone

Progesterone  Range: 2-45 pg/ml  Result: 10  - - - → Aldosterone / Cortisol

DHEA 0 Normal  >10 ng/ml  →  Androstenedione 101-350 pg/ml  493  →  Testosterone 50-90 ng/ml  #100  →  DHT >128  23-75 pg/ml

Estrone 14  20-50 pg/ml  →  Estradiol

Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

    Male    20 - 72 pg/ml.
    Female  12 - 62 pg/ml.

Diagnosis Code:  Not Provided To The Lab.

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | | < 20 yrs |
| | | 20 - 30 yrs |
| | | 31 - 40 yrs |
| | | 41 - 50 yrs |
| | | 51 - 60 yrs |
| | | 61 - 70 yrs |
| | | > 70 yrs |
| Dihydrotestosterone (Male) | | 30 - 39 yrs |
| | | 40 - 49 yrs |
| | | 50 - 59 yrs |
| | | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 400 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 270 | Normal |
| | 271 - 480 | Borderline High |
| Estrone (Female) | | 40 - 49 yrs |
| | | 50 - 59 yrs |
| | | > 60 yrs |

...rt to be used in clinical context before initiating management.

...ESY INTERPRETATION/technical support available upon request, to Physicians Only

1

© Copyright DTI 1998 - 2001

# COUNT 19



DEA # BS1966879

**HEALTH DIRECTIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3801 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805
Fax 864-457-4144

NAME

Test Cyp 200m/
10 ml

Syringe  Needle

967788-0  No refills  Filled:05/06/03  C-3
(866) 08/30/69  Filled by: GED/  AWP: $60.00
CASH: $63.00

JAMES SHORTT, MD BS1966879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC 29170
99999-4529-31 CPD-TESTOS CYP 200MG/ML R 200MG 10 INJ M
INJECT 2 ML IM EVERY WEEK

M.D.

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 03-15906**

Received : 04/14/2003
Completed: 04/17/2003
Reported : 04/17/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 04/08/2003

**MHP**    **Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol

Preghenolone

Progesterone    Range 5-95 pg/ml
21 Result

- - - - > Aldosterone

Cortisol

DHEA    3-10 ng/ml
10    Normal

Androstenedione 151-350 pg/ml
887 *

Testosterone   50-80 pg/ml
>200

DHT    22-72 pg/ml
>125

Estrone    30-58 pg/ml
>100

Estradiol

\* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure.  Previous results should be interpreted with the previous reference range(s):

Male    20 - 72  pg/ml.
Female 12 - 62 pg/ml.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestoterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

# COUNT 20

DEA # BS1966879



**HEALTH DIRECTIONS**
**JAMES M. SHORTT, M.D.**

| MIDLANDS OFFICE | UPSTATE OFFICE |
|---|---|
| 3801 EDMUND HIGHWAY | 2500 WINCHESTER PLACE |
| SUITE A | SUITE 107 |
| WEST COLUMBIA, SC 29170 | SPARTANBURG, SC 29301 |
| 803-755-0114  FAX: 803-755-0116 | 864-595-2552  FAX: 864-595-2554 |

SC LIC No. 18805
FAX 864-457-4144

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 03-17469**

Received : 04/25/2003
Completed: 05/01/2003
Reported : 05/01/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 04/23/2003

## MHP    Male Hormone Panel



**ANDROGEN PATHWAY**

Cholesterol

Pregnenolone

Progesterone    Range  5-95 pg/ml
79
Result

- - -> Aldosterone
Cortisol

DHEA    3-10 ng/ml
6    Normal

Androstenedione 51-350 pg/ml
482 *

Testosterone  50-80 pg/ml
>200

DHT    22-72 pg/ml
>125

Estrone    30-58 pg/ml
38

<-> Estradiol

\* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male    20 - 72 pg/ml.
Female 12 - 62 pg/ml.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
|  | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

# COUNT 21

DEA # BS1966879

**HEALTH DIRECTIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3801 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116
SC LIC NO. 18805
FAX 864-457-4144

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554





## ESTROGEN PATHWAY

| Hormone | Range | | |
|---|---|---|---|
| Progesterone | 5-95 pg/ml | - - - → | Aldosterone |
| Result: 62 | | | Cortisol |

| DHEA | 3-10 ng/ml | → | Androstenedione | 51-350 pg/ml | ↔ | Testosterone | 50-80 pg/ml | → | DHT | 22-72 pg/ml |
|---|---|---|---|---|---|---|---|---|---|---|
| 4   Normal | | | 573 * | | | >200 | | | >125 | |

| Estrone | 30-58 pg/ml | ↔ | Estradiol |
|---|---|---|---|
| 5 | | | |

Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male    20 - 72  pg/ml.
Female 12 - 62 pg/ml.

### Reference Range

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

Fatty Acid, AA

Food Allergies     Urine     Immune     Other

# COUNT 22

TELEPHONED ██████████ON                                    DELIVER ☐
                                                          WILL CALL ☐

FOR _____

ADDRESS _____  DATE _____

℞

Testosterone 10% 3 oz

Oral Play

Refill ___ Times

Dr. _____  Dr. J Short

                              Substitution Permissible

Address _____  DEA No. _____

Called in by _____

Ⓟ Apothecary Products, Inc.                      Item #52948

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 03-17469**

Received : 04/25/2003
Completed: 05/01/2003
Reported : 05/01/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                Gender: Male

Patient's Tel:
Specimen Collected: 04/23/2003

**MHP**    **Male Hormone Panel**



\* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):

        Male    20 - 72 pg/mL
        Female 12 - 62 pg/mL

| Hormone | Range | Age |
|---|---|---|
| **Reference Range** | | |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

# COUNT 23

**TELEPHONED PRESCRIPTION**

DELIVER ☐
WILL CALL ☐

FOR ████████

ADDRESS _____ DATE 1/20/84

℞ Cyl Stanazolol 50g/ml
Testosterone Cyp. 50g/ml.

2004 @ wt d d st.
1.5 cc Qwday
15" Needle 23G
Syringe Bard

Refill __0__ Times

Dr. _____  Dr. J Shortt

Dispense as Written     Substitution Permissible?

Address _____ DEA No. _____

Called in by _____

☎ Apothecary Products, Inc.

Item #52846

PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 03-23515

Received : 06/16/2003
Completed: 06/19/2003
Reported : 06/19/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age                Gender : Male

Patient's Tel :
Specimen Collected: 06/10/2003

**MHP**    **Male Hormone Panel**



\* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male    20 - 72 pg/ml.
Female 12 - 62 pg/ml.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 – 135 | < 20 yrs |
|  | 60 – 110 | 20 - 30 yrs |
|  | 50 – 80 | 31 - 40 yrs |
|  | 40 – 70 | 41 - 50 yrs |
|  | 35 – 65 | 51 - 60 yrs |
|  | 20 – 55 | 61 - 70 yrs |
|  | 15 – 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 – 72 | 30 - 39 yrs |
|  | 52 – 123 | 40 - 49 yrs |
|  | 51 – 107 | 50 - 59 yrs |
|  | 39 – 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 – 150 | Borderline Low |
|  | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 – 124 | Borderline Low |
|  | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 – 68 | 40 - 49 yrs |
|  | 26 – 64 | 50 - 59 yrs |
|  | 35 – 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

# COUNT 24

# COUNT 25

N-7

DEA # BS1966879

**HEALTH DIRECTIONS**
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3801 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 76605
Fax 864-457-4144

NAME ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ADDRESS _____  DATE 3/10/04

℞ (Please Print)

Testosterone Cream 5%

Sig: Apply 1cc stab in    8ml

2x a week

975555-0  5 Refills BEFORE 09/06/04 Filled:03/10/04  C-3
▮▮▮▮▮▮ 04/11/79  Filled by: GED/ AWP: $12.00
CASH: $12.00

JAMES SHORTT, MD BS1966879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC  29170
99999-0299-86 CPD-TESTOSTERONE CREAM 5% 8.000 CRE Mfg
APPLY 1 ML TO SKIN AND RUB IN WELL TWO TIMES A
WEEK

7840
3-10-04

☐ LABEL

REFILL  5  TIMES  PRN  NR

_____ M.D.
DISPENSE AS WRITTEN

_____ M.D.
SUBSTITUTION PERMITTED

Clinical Laboratory
P.O. BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 03-23515

Received : 06/16/2003
Completed : 06/19/2003
Reported : 06/19/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3961 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116

Results For:

Age:                Gender: Male

Patient's Tel:
Specimen Collected: 06/10/2003

## MHP     Male Hormone Panel



### ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone     Range 5-95 pg/ml
194 Result                          - - - ▶ Aldosterone
                                            Cortisol

DHEA     3-10 ng/ml     Androstenedione 51-350 pg/ml     Testosterone 60-110 pg/ml     DHT
9   Normal              >1000 *                          >200                          >125

Estrone     30-58 pg/ml
23                                  ◀▶ Estradiol

* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):
    Male    20 - 72  pg/ml.
    Female  12 - 62  pg/ml.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003



# COUNT 26

JAMES SHORTT, MD BS196679 (803) 755-0114 DAW#0
3901-A EDMUND RD. WEST COLUMBIA, SC 29170
9993b8f196: 50 GM TESTOSTERONE CREAM 10% 15,000 CRE M
APPLY 1 ML AND RUB IN WELL EVERY OTHER DAY.

9793915.5 REFILL BEFORE 08/13/04 Filed 03/17/04  C-3
01/170 Filed by: DBH/ AWP: $29.50
CASH: $32.50

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  Fax: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  Fax: 864-596-2554

SC LIC No. 18805

NAME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADDRESS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  DATE 3/16/04

℞ (Please Print)

Testosterone cream 10%
15 ml

Sg: Apply 1 cc & Rub in
QOD

☐ LABEL
REFILL __5__ TIMES  PRN

DISPENSE AS WRITTEN _____ M.D.
30-JUL-02

SUBSTITUTION PERMITTED _____ M.D.

TR0020730_100186588-7_G1_28951_0003

N-7

Tel: 1(800)755-0116  Fax: 1(803)755-0116

Patient's Tel:
Specimen Collected: 02/19/2004

**MHP**   **Male Hormone Panel**

## ANDROGEN PATHWAY

Cholesterol

Pregnenolone

| Progesterone | Range 5-95 pg/ml | - - - - → | Aldosterone |
| --- | --- | --- | --- |
| **183** Result | | | Cortisol |

| DHEA | 3-10 ng/ml | Androstenedione | 151-350 pg/ml | Testosterone | 50-80 pg/ml | DHT | 22-72 pg/m |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **6    Normal** | | **>1000** | | **>200** | | **>125** | |

| Estrone | 30-58 pg/ml | ← | Estradiol |
| --- | --- | --- | --- |
| **85** | | | |

Diagnosis Code:   Not Provided To The Lab.

### Reference Ranges

| Hormone | Range | Age |
| --- | --- | --- |
| Testosterone (Male) | 70 - 135 | < 20 yr |
| | 60 - 110 | 20 - 30 yr |
| | 50 - 80 | 31 - 40 yr |
| | 40 - 70 | 41 - 50 yr |
| | 35 - 65 | 51 - 60 yr |
| | 20 - 55 | 61 - 70 yr |
| | 15 - 45 | > 70 yr |
| Dihydrotestoterone (Male) | 22 - 72 | 30 - 39 yr |
| | 52 - 123 | 40 - 49 yr |
| | 51 - 107 | 50 - 59 yr |
| | 39 - 89 | > 60 yr |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Lo |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline Hi |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Lo |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline Hi |
| Estrone (Female) | 38 - 68 | 40 - 49 yr |
| | 26 - 64 | 50 - 59 yr |
| | 35 - 65 | > 60 yr |

his report to be used in clinical context before initiating management.
COURTESY INTERPRETATION/technical support available upon request, to Physicians Only

1

© Copyright DTI 1998 - 2004

Fatty Acid, AA
Food Allergies                Urine              CDP              Immune

Other

| | Range | 5-95 pg/ml | - - - → | Aldosterone |
|---|---|---|---|---|
| | 62 | | | Cortisol |
| | Result | | | |

| DHEA   3-10 ng/ml | Androstenedione 51-350 pg/ml | Testosterone  50-80 pg/ml | DHT   22-72 pg/ml |
|---|---|---|---|
| 4   Normal | 573 * | >200 | >125 |

| Estrone   30-58 pg/ml | ←→ | Estradiol |
|---|---|---|
| 5 | | |

inning May 24th 2001, Androstenedione results were reported using an updated
ace range due to an improved procedure. Previous results should be interpreted with
vious reference range(s):

    Male    20 - 72  pg/mL.
    Female  12 - 62 pg/mL.

Reference Ranges

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

© Copyright DTI 1998 - 2003

Fatty Acid, AA
Food Allergies      Urine      Immune      Other

# COUNT 27

# Health Dimensions LLC — Progress Notes

| Name: ███████████ | Birth date: _____ | Sex (M) F |
|---|---|---|

| Date | Notes |
|---|---|
| 5/21/03 | Super panel, IGF1, helicobacter IGG drawn HHA done. Nasal culture aerobic done. MHP and ASI kits explained & given to pt. ███ |
| 5/22/03 | Blood drawn for expanded food aller and inhalent allergies gone 3+4. ███ |
| 6-18-03 | Pt states y had burning sensation after betaine challenge. ███ |
| 7-23-03 | Called Eckards @ (704) 540-5561 and spoke c Mickey refees: Vicoprofen #45 sig: T Q 4-6 prn pain te 2 Refills. Ambien 5m #30 sig: T @ HS prn c NR. |
| 9-2-03 | MHP kit shipped to pt along c prescription for hepatic panel test — |
| 10-22-03 | Hepatic function test y lab directions |
| 12-2-03 | prn, pt called. Dr Short reviewed chart & wrote prescription to refill Vicoprofen & Ambien See prescriptions. Prescriptions sent to Pangee Pharmacy. |
| 2-5-04 | Nasal culture for anaerobic & aerobic done. MHP + CDSA kits explained & given to pt. ███ |
| 2-04-04 | Blood drawn for hepatic profile and Infection & immunity profile. ███ |
| 3-16-04 | Pt called & stated his hair is falling out. Reminded pt of MHP testing. He promised to do the test today. Sim palmetto prostate formula to be sent. Infection & immunity result borne & told to pt. Discussed hair loss that n c pt. |
| 7/7/04 | Pt called & stated his "balls have shrunk" and would the sim palmetto cause that. Dr Short said no. MHP results verbally given to pt & test to Bis. Will see pt in May. |

# Health Dimensions LLC — Therapeutic Supplements and Activity Log

The following supplements such as vitamins, minerals, natural hormonal substances, tissue stimulants, etc. have been specifically selected and recommended to provide maximum therapeutic value. Please do not substitute. The items listed below are generally not available to the public except through our office and some pharmacies. To insure that you always receive pharmaceutical grade nutritional support, we ask that you use Health Dimensions as your primary supplier, or a supplier designated by us.

It is our philosophy and our practice to help you obtain the best therapeutic benefit possible. We therefore strongly suggest that you follow the directions and schedule below as closely as possible. If you should have any problems with any supplement, please call our office promptly.

**Name:** ▓▓▓▓▓

**Today's Date:**

| Date | Product Name | Take Qty Per Day | Which Days To Take Reg Days | IV Days | AM | Noon | PM | ES* | With Meals | Between Meals | Bed Time | Reason | Stop Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Bio Cleor | 3 Tablets/Drops |  |  |  |  |  |  |  |  |  |  |  |
|  | Tremorex Fx |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Borac | 3 |  |  |  |  |  |  |  |  |  |  |  |
|  | ATP Option | 3 |  |  |  |  |  |  |  |  |  |  |  |
|  | DT Factor | 2 Tbs |  |  |  |  |  |  |  |  |  |  |  |
| 2/24/01 | Lacteo Bonitus | 2 |  |  |  |  |  |  |  |  |  |  |  |
| 2/24/01 | R Form Alibate | 1/Day | WHILE ON ANTIBIOTICS |  |  |  |  |  |  |  |  |  |
|  | LIPO complex | 2 x DAY |  |  |  |  |  |  |  |  |  |  |  |
| 3/3/08 | Codrin | 9 tts | 4 DAY |  |  |  |  |  |  |  |  |  |  |
| 3/3/08 | Cadmium G tts 10/day + 4 | ✓ | ✓ | ✓ |  |  |  |  |  |  |  |  |  |
| 3/10/08 | Dim palmetto plodicat | (2 ✓ tts) | ✓ | ✓ | ✓ |  |  |  |  | ✓ |  |  |  |
| 3/30/09 | Masterosone Plodicat | Formula | ✓ | ✓ | ✓ |  |  |  |  |  | with water |  |  |
| 3/30/09 | Vita Glanduloma Omega3 (3) | ✓ | ✓ | ✓ |  |  |  |  |  |  | 3/30 double dose |  |  |
|  |  |  |  |  |  |  |  |  |  |  | Detox / asthma / allergies |  |  |
|  | Glucosamine 6 | ✓ | ✓ | ✓ |  |  |  |  |  |  | JOINTS |  |  |

ES = Take on an empty stomach. DO NOT EAT for at least twenty minutes.
X = Take with water only.

**Special Instructions:**

# Diagnos-Techs, Inc.

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

**Accession # 04-15655**

Received : 03/19/2004
Completed : 03/25/2004
Reported : 03/25/2004

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
USA Tel: 1(803)755-0114 Fax: 1(803)755-0116

Results For:

Age:          Gender:

Patient's Tel:
Specimen Collected: 03/16/2004

**MHP      Male Hormone Panel**



## ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone 27 — — → Aldosterone / Cortisol

DHEA  3-10 ng/ml  4 Normal

Androstenedione 125-274 pg/ml  107

Testosterone >200

DHT 107

Estrone 12 → Estradiol

Diagnosis Code:   Not Provided To The Lab.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestoterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

his report to be used in clinical context before initiating management.
OURTESY INTERPRETATION/technical support available upon request, to Physicians Only

© Copyright DTI 1998 - 2004

1

**Refill Request**

**06/01/04**

**TO:** JAMES M. SHORTT
3901-A EDMUND RD
WEST COLUMBIA, SC 29170

DEA#: BS1966879
Phone#: (803)-755-0114

**M:** Congaree Pharmacy
3901-D Edmund Road
West Columbia, SC 29170

RX#: 970794 - 5                    Qty Filled: 12.000
d By: GED                          Filled Date: 04/22/04

Orig Date Written: 11/26/03

Patient ID: 22434

DOB:          Phone:        SSN:  - -

Drug Info: CPD-TESTOSTERONE/DHEA
Form: CR        Strength: 10%&2%                    99999-9997-7

APPLY 1 ML TO SKIN AND RUB
IN WELL. REPEAT ON MONDAY
WEDNESDAY AND FRIDAY

Refills Authorized: **3**     Qty: **12ml**   Date: **6/1/04**

Product Selection Permitted _____ M.D. _____ M.D.
                                            Dispense As Written

Notes:

Original Signature

Doctor Phone: (803)-755-0114           Doctor Fax: (803)-755-0116

Pharmacy Phone: (803)-755-9600         Pharmacy Fax: (803)-755-3271

TOTAL P.01

# COUNT 28

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

NAME ▮▮▮▮▮▮▮▮

ADDRESS _____  DATE 6/1/04

℞ (Please Print)

Testostrone Cypronate
200/ml
8 ml

Sig: # ml IM @wk

Shipped
UP

☐ LABEL

REFILL _____ TIMES  PRN  NR

DISPENSE AS WRITTEN

M.D. _____  SUBSTITUTION PERMITTED _____ M.D.

30-JUL-02                          TR000700_100188588-7_O1_28951_0003

979135-0  No refills Filled:06/01/04  C-3
▮▮▮▮▮▮▮  2/10/64  Filled by: JHP/AB  AWP: $60.0
                               CASH: $63.00
                   ACQ: $20.00
JAMES SHORTT, MD BS1966879 (803) 755-0114 DAW# 0
3901-A EDMUND RD, WEST COLUMBIA, SC  29170
99999-4529-31 CPD-TESTOS CYP 200MG/ML R 200MG 10.000 IN
INJECT 2 ML IM EVERY WEEK

N-7

# Diagnos Techs, Inc.
### Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 03-7312

Received : 02/19/2003
Completed : 02/21/2003
Reported : 02/21/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:               Gender: Male

Patient's Tel:
Specimen Collected: 02/15/2003

**MHP    Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone    Range  5-95 pg/ml → Aldosterone
30                                     Cortisol
Result

DHEA    3-10 ng/ml    Androstenedione 51-350 pg/ml ↔ Testosterone 50-80 pg/ml ↔ DHT    22-72 pg/ml
12  Elevated DHEA      >1000 *                        >200                            >125
    may indicate
    exogenous intake.

Estrone    30-58 pg/ml ← → Estradiol
43

* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):

    Male   20 - 72 pg/ml.
    Female 12 - 62 pg/ml.

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1998 - 2003

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 02-33632

Received : 08/13/2002
Completed: 08/15/2002
Reported : 08/15/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114  Fax: 1(803)755-0116



Results For:

Age:                    Gender: Male

Patient's Tel:
Specimen Collected: 08/06/2002

**MHP     Male Hormone Panel**



## ANDROGEN PATHWAY

Cholesterol
Preghenolone

Progesterone    Range  5-95 pg/ml
12
Result

Aldosterone
Cortisol

DHEA    3-10 ng/ml
4    Normal

Androstenedione 151-350 pg/ml
181 *

Testosterone  50-80 pg/ml
>200

DHT    22-72 pg/ml
62

Estrone    30-58 pg/ml
25

Estradiol

* Beginning May 24th 2001, Androstenedione results were reported using an updated reference range due to an improved procedure. Previous results should be interpreted with the previous reference range(s):

Male    20 - 72  pg/ml
Female  12 - 62  pg/ml

| Hormone | Range | Age |
|---|---|---|
| Testosterone (Male) | 70 - 135 | < 20 yrs |
| | 60 - 110 | 20 - 30 yrs |
| | 50 - 80 | 31 - 40 yrs |
| | 40 - 70 | 41 - 50 yrs |
| | 35 - 65 | 51 - 60 yrs |
| | 20 - 55 | 61 - 70 yrs |
| | 15 - 45 | > 70 yrs |
| Dihydrotestosterone (Male) | 22 - 72 | 30 - 39 yrs |
| | 52 - 123 | 40 - 49 yrs |
| | 51 - 107 | 50 - 59 yrs |
| | 39 - 89 | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 151 - 350 | Normal |
| | 351 - 450 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 274 | Normal |
| | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
| | 26 - 64 | 50 - 59 yrs |
| | 35 - 65 | > 60 yrs |

1

© Copyright DTI 1994 - 2002

Food Allergies

Clinical & Research Laboratory
PO BOX 389662, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License #: 50D0630141

**Accession # 02-11295**

Received : 03/19/2002
Completed: 03/26/2002
Reported : 03/26/2002

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114   Fax: 1(803)755-0116

Results For:

Age:            Gender: Male

Patient's Tel
Specimen Collected: 03/13/2002

<u>MHP</u>    <u>Male Hormone Panel</u>



**ANDROGEN PATHWAY**

Cholesterol

Pregnenolone

Progesterone    Range  5-95 pg/ml    - - - →  Aldosterone
>1000           Result                        Cortisol

DHEA    3-10 ng/ml    Androstenedion 51-350 pg/ml    Testosterone  50-80 pg/ml    DHT    22-72 pg/ml
>25.0 Elevated DHEA   >1000 *                        >200                         >125
may indicate
exogenous intake.

Estrone    30-58 pg/ml    ←→  Estradiol
>100

* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):
        Male    20 - 72  pg/ml.
        Female 12 - 62 pg/ml.

| Reference Ranges | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestosterone | 22 - 72 | 30 - 39 yrs |
| (Male) | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione | 100 - 150 | Borderline Low |
| (Male > 15 years) | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione | 75 - 124 | Borderline Low |
| (Female > 15 years) | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yr |
|  | 26 - 64 | 50 - 59 yr |
|  | 35 - 65 | > 60 yr |

1

© Copyright DTI 1998 - 2002

# Diagn...

Clinical & Research Laboratory
PO BOX 58948, Seattle, WA 98138-1948
Tel: (425) 251-0596
CLIA License # 50D0630141

**ccession # 01-25922**

| | |
|---|---|
| Received : 06/16/2001 | |
| Completed : 06/22/2001 | |
| Reported : 06/22/2001 | |

HEALTH DIMENSIONS - UPSTATE
JAMES SHORTT, MD
2500 WINCHESTER PL, #107

SPARTANBURG SC 29301
Tel: 1(864)595-2552  Fax: 1(864)595-2554

**Results For:**

Age:          Gender: Male

Patient's Tel:
Specimen Collected: 06/10/2001

**MHP        Male Hormone Panel**



ANDROGEN PATHWAY

Cholesterol

Pregnenolone

Progesterone  Range
16
Result

DHEA  3-13 ng/ml
0  Normal

Aldosterone
Cortisol

Testosterone  30-90 pg/ml
<300

DHT  22-75 pg/ml
>128

Estrone  30-95 pg/ml
24

Estradiol

Beginning May 24th 2001, Androstenedione results were reported using an updated
erence range due to an improved procedure. Previous results should be interpreted with
previous reference range(s):
    Male    20 - 72 pg/ml
    Female 12 - 62 pg/ml.

iagnosis Code:  Not Provided To The Lab.

| Hormone | Reference Ranges | Age |
|---|---|---|
| Testosterone (Male) | | < 20 yrs |
| | | 20 - 30 yrs |
| | | 31 - 40 yrs |
| | | 41 - 50 yrs |
| | | 51 - 60 yrs |
| | | 61 - 70 yrs |
| | | > 70 yrs |
| Dihydrotestosterone (Male) | | 30 - 39 yrs |
| | | 40 - 49 yrs |
| | | 50 - 59 yrs |
| | | > 60 yrs |
| Androstenedione (Male > 15 years) | 100 - 150 | Borderline Low |
| | 150 - 250 | Normal |
| | 251 - 400 | Borderline High |
| Androstenedione (Female > 15 years) | 75 - 124 | Borderline Low |
| | 125 - 324 | Normal |
| | 375 - 400 | Borderline High |
| Estrone (Female) | | 40 - 49 yrs |
| | | 50 - 59 yrs |
| | | > 60 yrs |

rt to be used in clinical context before initiating management.
Y INTERPRETATION/technical support available upon request, to Physicians Only

1

© Copyright DTI 1998 - 2001

# COUNT 29

# Diagnos-Techs, Inc.

Clinical & Research Laboratory
PO BOX 389662, Tukwila, WA 98138-0662
Tel: (425) 251-0596
CLIA License # 50D0630141

Accession # 03-1955

Received : 01/21/2003
Completed: 01/24/2003
Reported : 01/24/2003

HEALTH DIMENSIONS
JAMES SHORTT, MD
3901 EDMUND HWY
SUITE A
WEST COLUMBIA SC 29170
Tel: 1(803)755-0114   Fax: 1(803)755-0116

Results For:
Age:                    Gender : Male

Patient's Tel:
Specimen Collected: 01/18/2003

**MHP**    **Male Hormone Panel**



**ANDROGEN PATHWAY**

Cholesterol

Preghenolone

Progesterone    Range 5-95 pg/ml    - - - ->  Aldosterone

**10**    Result                                Cortisol

DHEA    3-10 ng/ml    Androstenedione 151-350 pg/ml    Testosterone  50-80 pg/ml    DHT    22-72 pg/ml

**4**  Normal    →    **435 ***    ←→    **58**    →    **40**

Estrone    30-58 pg/ml    ←→    Estradiol

**4**

\* Beginning May 24th 2001, Androstenedione results were reported using an updated
reference range due to an improved procedure. Previous results should be interpreted with
the previous reference range(s):

Male    20 - 72  pg/ml.
Female 12 - 62 pg/ml.

| Reference Range | | |
|---|---|---|
| Hormone | Range | Age |
| Testosterone (Male) | 70 - 135 | < 20 yrs |
|  | 60 - 110 | 20 - 30 yrs |
|  | 50 - 80 | 31 - 40 yrs |
|  | 40 - 70 | 41 - 50 yrs |
|  | 35 - 65 | 51 - 60 yrs |
|  | 20 - 55 | 61 - 70 yrs |
|  | 15 - 45 | > 70 yrs |
| Dihydrotestoterone | 22 - 72 | 30 - 39 yrs |
| (Male) | 52 - 123 | 40 - 49 yrs |
|  | 51 - 107 | 50 - 59 yrs |
|  | 39 - 89 | > 60 yrs |
| Androstenedione | 100 - 150 | Borderline Low |
| (Male > 15 years) | 151 - 350 | Normal |
|  | 351 - 450 | Borderline High |
| Androstenedione | 75 - 124 | Borderline Low |
| (Female > 15 years) | 125 - 274 | Normal |
|  | 275 - 400 | Borderline High |
| Estrone (Female) | 38 - 68 | 40 - 49 yrs |
|  | 26 - 64 | 50 - 59 yrs |
|  | 35 - 65 | > 60 yrs |

© Copyright DTI 1998 - 2003





# COUNT 30

DEA # BS1966879

**HEALTH DIMENSIONS**
**JAMES M. SHORTT, M.D.**

| MIDLANDS OFFICE | UPSTATE OFFICE |
|---|---|
| 3901 EDMUND HIGHWAY | 2500 WINCHESTER PLACE |
| SUITE A | SUITE 107 |
| WEST COLUMBIA, SC 29170 | SPARTANSBURG, SC 29301 |
| 803-755-0114  FAX: 803-755-0116 | 864-595-2552  FAX: 864-595-2554 |

SC LIC No. 18808

NAME ▬▬▬▬▬▬▬▬▬

ADDRESS ▬▬▬▬▬▬▬▬▬ DATE 2-21-01

**R** (Please Print)

Halotestin 10mg #30
Sig: Ī Ⓟ day

☐ LABEL

REFILL __/__ TIMES   PRN   NR

_____ M.D.
DISPENSE AS WRITTEN   SUBSTITUTION PERMITTED

24-JUL-06

01-100188588-3-19725_0080

# COUNT 31

DEA # BS1966879

**HEALTH DIMENSIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME ████████  ████████

ADDRESS _____ DATE 4-10-1

℞ (Please Print)

Anadrol 50  #  45
Sig ī @ day Then Stop

☐ LABEL
REFILL _____ TIMES  PRN  NR

DISPENSE AS WRITTEN _____ M.D.
SUBSTITUTION PERMITTED

24-JUL-00                                01-100186585-3-19725_0080

---

DEA # BS1966879

**HEALTH DIMENSIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME ████████  ████████

ADDRESS _____ DATE 4-10-

℞ (Please Print)

Testosterone cypronate
200/ml
10ml
Sig ī īī cc @ wk IM

☐ LABEL
REFILL _2_ TIMES  PRN  NR

DISPENSE AS WRITTEN _____ M.D.
SUBSTITUTION PERMITTED

24-JUL-00                                01-100186585-3-19725_0080

---

DEA # BS1966879

**HEALTH DIMENSIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME ████████  ████████

ADDRESS _____ DATE 4/10/-1

℞ (Please Print)

Armidex 1 mg  # 30
Sig ī @ day



☐ LABEL
REFILL _3_ TIMES  PRN  NR

DISPENSE AS WRITTEN _____ M.D.
SUBSTITUTION PERMITTED

24-JUL-00                                01-100186585-3-19725_0080

# COUNT 32

DEA # BS1966879

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 18805

NAME

ADDRESS _____ DATE 5-14-2

**R** (Please Print)

Testosterone Cypionate
200/ml
10 ml

Sig: 2cc IM @ wk

☐ LABEL
REFILL / TIMES  PRN  NR

DISPENSE AS WRITTEN            SUBSTITUTION _____  M.D.

JUN-01                                01-100186586-5-25203_0012

---

DEA # BS1966879

HEALTH DIMENSIONS
JAMES M. SHORTT, M.D.

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2!

SC LIC No. 18805

NAME

ADDRESS _____ DATE 5-

**R** (Please Print)

Anadrol 50  # 30

Sig: T @ day

☐ LABEL
REFILL / TIMES  PRN  NI

DISPENSE AS WRITTEN            SUBSTITUTION PERMITTED

05-JUN-01                                01-100186586-5-25203_

# COUNT 33

DEA # B    966879
State # 18805

3901 Edmund Rd Suite A
West Columbia, SC 29170

Phone: (803) 755-0114

Name

Address _____ Date 1-16-01

℞ Anadrol 50mg  #30

Sig 1 @ day x 15 days, stop
x 15 days Repeat

☐ LABEL
NR ①2-3-4-5

DISPENSE AS WRITTEN                    SUBSTITUTION PERMITTED , MD

CONGAREE PHARMACY, INC.
3901-D Edmund Highway
West Columbia, SC 29170

(803) 755-3271  FAX
(803) 755-9600  PHONE

# COUNT 34

3

NAME: _____ ███████████████████_____

___Brought lab reports/medical records.    ___Request records

OBSERVATIONS / IMPRESSIONS: _____

_Sports_ _none_.

ASSESSMENT: _____

_Healthy_

PLAN:

___Labs    ___X-Ray    ___Meds    ___Nutrients    ___IV Therapy    ✗ Neural Therapy    ✗ Other: _Prolo_

Details:

HG H Siu B Knees

Prolo MCL LCL
& Menisci (R) knee

Followup Schedule: _____

Refer
to: _____    For: _____

James Shortt, MD          7-22-0
                          Date

# COUNT 35

## Health Dimensions LLC — Record of Telephone Conversation

Health Dimensions facility:   ☒ Midlands Office      ☐ Upstate Office

Call initiated by:   ☐ Health Dimensions   ☒ Patient   ☐ Other

Date: **7-31-02**      Time: **11:45 Am**      Staff Person: **MAB**

Name: ███████████

☐ Laboratory   ☐ Pharmacy   ☒ Patient   ☐ Other

Reason for call: **Needs Rx & Supplies**

Record of discussion:

In Training Camp in ████████. House broken into &
Ransacked; could not get to Columbia for appmnt
in July.

Made Apptment for Wed, Oct. 2. 10 am for OV
and Labs. Needs c Refill on Test. cream to get
him to that point. Also needs (2) Saizens
shipped.

If there is problem, can be Reached @ 803/466-4866
(cell ph.)

████████████████

Is any follow-up necessary?   ☒ Yes   ☐ No   ☐ Not sure

What is to be followed up?   **Rx mailed w/ 2 Saizens**

Who is to follow up?   **mah  7-31-02**      Date follow-up completed:

File completed record in:   ☒ Patient chart   ☐ General file

DEA # BS1966879

**HEALTH DIMENSIONS**
**JAMES M. SHORTT, M.D.**

MIDLANDS OFFICE
3901 EDMUND HIGHWAY
SUITE A
WEST COLUMBIA, SC 29170
803-755-0114  FAX: 803-755-0116

UPSTATE OFFICE
2500 WINCHESTER PLACE
SUITE 107
SPARTANSBURG, SC 29301
864-595-2552  FAX: 864-595-2554

SC LIC No. 15805

NAME _____

ADDRESS _____  DATE _____

℞  (Please Print)

*Testosterone*

*2 Boxes*

*2 Seizen NGN*

*repeat testing*

☐ LABEL

REFILL _____ TIMES   PRN   NR

_____ M.D.   _____ M.D.
DISPENSE AS WRITTEN        SUBSTITUTION PERMITTED

05-JUN-01                    01-100186888-5-25203_0012

# COUNT 36

Today's date: 10-3-8 —   Previous visit date: 6/28/0 —   ☒ Office visit   ☐ Phone follow-up

Name: ███████████

Wgt: _____   B/P: _____   P: _____   Age: 32   Sex: Ⓜ F

Reason for visit:   ☐ Rpt of findings   ☐ Rpt from previous visit   ☒ Progress rpt   ☐ Neural TX   ☐ New problem

RPM: _____

Re-evaluation of: _____

Other: _____

**Follow-up / Progress Notes:**

LFTs ↓P

HORMONES BETTER

**Observations / Impressions:**

**Treatment Plan:**

☐ Order new labs   ☐ Repeat lab   ☒ Supplement change

☐ Med order   ☒ Med change   ☐ Ref for: _____

☐ IV therapy:   D/C  DDB

☐ Other (specify):   ↑ Test

**Treatments:**

| | Ordered | Performed |
|---|---|---|
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |

**Therapy orders:**

☐ IV — see formula
   IV quantity:
   IV frequency:
☐ Informed Consent completed

Phys. Re-check (or tx) every ….   ☐ days   ☐ wks

Lab needed every …………..   ☐ days   ☐ wks

Schedule next dr. visit in ……..   ☐ days   ☐ wks

**Nutritional support:**

☐ Diet — healthier eating

☐ Diet — wgt loss / goal _____

☐ Supplements (see chart / instructions)

Re-check schedule: _____

Referral:  Repeat LFTs 1 MO

**Notes:**

Begin HGH
      60/wk
600 T.C.
Lipocomplix
DM

Return in:   ☐ days   ☐ wks   ☒ mos   ☐ prn   1 MO

For:   ☐ iv   ☒ lab   ☐ tx   ☐ nr   ☐ dr. visit

Other (specify): _____

Signature: _____   Date: 10-3-2

# COUNT 37

# Health Dimensions

James M Shortt
Medical Director

## DIAGNOSIS SHEET

Date: 1/14/03                    Patient: ▮▮▮▮▮▮▮▮▮

| | Diagnosis (es) | Diagnostic Codes |
|---|---|---|
| 1. | Health Checkup | V70.0 |
| 2. | Hypochlorhydria | 536.8 |
| 3. | Adrenal Imbalance | 255.4 |
| 4. | Food Allergies | 693.1 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

3/1/03

**Medications:**

1. Testosteron 10⁰.⁵⁰ VI-F
2. Growth harmone 3units /day
3.
4.
5.
6.
7.
8.
9.
10.

Revised: 9-23-03

**Health Dimensions**
James M Shortt MD
Medical Director

**DIAGNOSIS SHEET**

Date: 1/14/03

Patient: ▮▮▮▮▮▮▮

**Diagnosis(es)**

1: Health Checkup                  V70.0
2: Hypochlorhidria                 536.8
3: Adrenal Imbalance               255.4
4: Food Allergies                  693.1
5: _____
6: _____
7: _____
8: _____
9: _____
10: _____
11: _____
12: _____
13: _____
14: _____
15: _____
16: _____
17: _____
18: _____
19: _____
20: _____

31#13 **Medications:**

1: Testosterone 180% m-7.          6: _____
2: Aquous thermine 3 units/day     7: _____
3: _____                 8: _____
4: _____                 9: _____
5: _____                 10: _____

Revised 6-18-03

# COUNT 38

## PATIENT TO DO LIST:

▓▓▓▓▓▓

I find that mixing the HGH in 1 cc & measure .055 cc is a pain. SO ooo! My suggestion is. Use the inclosed 10 cc bottles & Mix with 9 cc or 4½ cc of water. That way, your injection would be ½ cc per shot (If you mix with 9 cc) or ¼ cc (if you mix with 4½ cc) I have enclosed syringes & needles

Call if you have Questions.

~~Doc Short~~ P.S. ▓▓▓▓▓ mentioned NO Jersey & NO Football & she had to go to her auction to pless!

ITEM 27041

# PATIENT TO DO LIST:

(Personally, I don't think
that's a bad thing.)
She said "Just like a man."
# don't Forget her next year

ITEM 27041

# COUNT 39

# Health Dimensions LLC — Record of Telephone Conversation

Health Dimensions facility: ☒ Midlands Office   ☐ Upstate Office

Call initiated by: ☐ Health Dimensions   ☒ Patient   ☐ Other

Date: 7/10/03   Time: 2 PM   Staff Person:

Name: ████████ ████████

☐ Laboratory   ☐ Pharmacy   ☐ Patient   ☐ Other

Reason for call: Discuss Labs

Record of discussion:

Test T ↓ to 1 CC QWK
DIM Prostate 2 Day
Andro balance 1/8 T$P Smallpca
HGH alternate 2/3 units QOD

Feeling great

Is any follow-up necessary? ☒ Yes   ☐ No   ☐ Not sure

What is to be followed up? Labs   MHP  1 MO
                          IGF, 3 MO

Who is to follow up?   Date follow-up completed:

File completed record in: ☐ Patient chart   ☐ General file

# COUNT 40

## Health Dimensions LLC — Follow-up / Progress Notes

Today's date: 8/19/03     Previous visit date: 3/19/03     ☐ Office visit   ☑ Phone follow-up

Name: _____

Wgt: _____     B/P: _____   P: _____   Age: 32   Sex: Ⓜ   F

Reason for visit:  ☑ Rpt of findings  ☐ Rpt from previous visit  ☐ Progress rpt  ☐ Neural TX   RPM: _____   ☐ New problem

Re-evaluation of: _____

Other: _____

**Follow-up / Progress Notes:**

Test > 300  DHE # 4
LFTS slt ↑
NDLV
1 GF, 274

**Observations / Impressions:**

**Treatment Plan:**

☐ Order new labs   ☐ Repeat lab   ☐ Supplement change
☐ Med order   ☐ Med change   ☐ Ref for: _____
☐ IV therapy: _____
☐ Other (specify): _____

**Treatments:**

|  | Ordered | Performed |
|---|---|---|
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |

**Therapy orders:**

☐ IV — see formula _____
  IV quantity: _____
  IV frequency: _____
☐ Informed Consent
  completed

Phys. Re-check
(or tx) every ....   ☐ days  ☐ wks

Lab needed
every ..............   ☐ days  ☐ wks

Schedule next
dr. visit in ........   ☐ days  ☐ wks

**Nutritional support:**

☐ Diet — healthier eating

☐ Diet — wgt loss / goal _____

☐ Supplements (see chart / instructions)

Re-check schedule: _____

Referral: _____

**Notes:**

Test cream QOD
NBN 210 M-F

Return in:  ☐ days  ☐ wks  ☐ mos  ☐ prn     For:  ☐ iv  ☐ lab  ☐ tx  ☐ nr  ☐ dr. visit
Other (specify): _____

Signature: _____     Date: 8/19/03

Health Dimensions Form: Med 203 (Revised 5.01.01)

# COUNT 41

9/9/03

PLEASE NOTE THAT FOR
THE MOMENT, WE HAVE
SANIZED (15 UNITS) INSTEAD
OF 5000 STIM (18 UNITS)
IF YOU WANT TO USE THE
CONCENTRATED SOLUTION,
TAKE 1 cc OF WATER
OUT OF THE LARGE BOTTLE
AND PUT INTO POWDER.
USE THE POWDER BOTTLE
TO DRAW THE INJECTIONS
FROM. THE BOTTLE OF
WATER CAN BE USED
IF YOU WANT BIGGER
VOLUME, USE 3¾cc

(TAKE OUT ALL WATER &
GET RID OF ALL BUT
3¾ cc OF WATER)
THIS WOULD GIVE
¼cc PER UNIT.

YOU CAN DO WHATEVER

COULD 1E YOU HAVE
QUESTIONS

# COUNT 42

# Health Dimensions LLC — Follow-up / Progress Notes

Today's date: 2/19/04    Previous visit date: 12/21/03    ☑ Office visit    ☐ Phone follow-up

Name: ▮▮▮▮▮▮▮    Age: 32    Sex: M

Wgt: 303    B/P: 120/90    P: 72    RPM: 16    Temp

Reason for visit: ☐ Rpt of findings ☐ Rpt from previous visit ☐ Progress rpt ☐ Neural TX ☐ New problem

Re-evaluation of:

Other:

**Follow-up / Progress Notes:**

**Treatment Plan:**

☐ Order new labs    ☐ Repeat lab    ☐ Supplement change

☐ Med order    ☐ Med change    ☐ Ref for: _____

☐ IV therapy: _____

☐ Other (specify): _____

**Observations / Impressions:**

**Treatments:**

| | Ordered | Performed |
|---|---|---|
| Bilat Knee Medion | ☐ | ☒ |
| HBH 5u 2500 Polo | ☒ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**Therapy orders:**

☐ IV — see formula
IV quantity:
IV frequency:
☐ Informed Consent completed

Phys. Re-check
(or tx) every ....  ☐ days ☐ wks

Lab needed
every ..............  ☐ days ☐ wks

Schedule next
dr. visit in ........  ☐ days ☐ wks

**Nutritional support:**

☐ Diet — healthier eating

☐ Diet — wgt loss / goal _____

☐ Supplements (see chart / instructions)

Re-check schedule: _____

Referral: _____

**Notes:**

Return in: ☐ days ☐ wks ☐ mos ☐ prn    For: ☐ iv ☐ lab ☐ tx ☐ nr ☐ dr. visit

Other (specify):

Signature: _____    Date: 2/19/04

# COUNT 43

## Health Dimensions LLC — Record of Telephone Conversation

4-2-04

Call initiated by: [✓] Health Dimensions  [✓] Patient  [ ] Other

Date: 4-2-04    Time: 10:20 AM    Staff Person: Jim

Name: ▮▮▮▮  ▮▮▮▮

[ ] Laboratory   [ ] Pharmacy   [✓] Patient   [ ] Other

Reason for call: New Address - replacement Credit Card # for Current bill + New order

Record of discussion:

P.O. Box ▮▮▮

▮▮▮▮

12  1864

(6061)

Amex  3718  811  600  82009

01/07

Is any follow-up necessary?   [ ] Yes   [ ] No   [ ] Not sure

What is to be followed up?   Send order

Who is to follow up:

File completed record in:   [✓] Patient chart   [ ] General file

Date follow-up completed:

Health Dimensions Form: Bus 105 (Revised 5.01.01)