

**AAL REFERENCE LABORATORIES, INC.**

CR 3:05-1011

1715 E. WILSHIRE #715
SANTA ANA, CA 92705
714/972-9979  800/522-2611

JAMES SHORTT, MD
HEALTH DIRECTIONS
3901 EDMUND HWY STE A
WEST COLUMBIA, SC 29170

ALAN BROUGHTON, M.D.
PATHOLOGIST

Ⓐ

Patient Name: ▓▓▓▓▓▓▓▓     P.I.D:
Accession Number: 21220018     D.O.B.:     Age:
Date Collected: 12/17/2002     Sex: M
Time Collected:     Fasting: Yes
Date Received: 12/20/2002
Date Reported: 01/13/2003

Attending Physician:

Report Comment:

Expected Range

SOMATOMEDIN C(IGF-1)          414                                                  ng/ml
                                             Expected Range is age and gender specific

INSULIN-LIKE GROWTH FACTOR 1 (IGF-1) REFERENCE RANGES:

| Age Range | Male | Female |
|---|---|---|
| 0-4 | 17-248 | 17-248 |
| 5-14 | 110-957 | 117-1098 |
| 15-24 | 180-950 | 180-780 |
| 25-34 | 90-390 | 100-450 |
| 35-44 | 90-350 | 100-350 |
| 45-54 | 90-250 | 90-250 |
| 55-64 | 80-230 | 80-240 |
| 65-74 | 80-180 | 80-190 |
| 75-84 | 50-160 | 50-160 |

The expected IGF-1 range given is specific for this individual's sex and age. However it should be noted that IGF-1 (Somatomedin C) levels fall progressively with age.

GOVERNMENT EXHIBIT 5
CR 3:05-1011

PAGE: 1    END OF REPORT



**AAL**
REFERENCE LABORATORIES, INC.

1715 E. WILSHIRE #715
SANTA ANA, CA 92705
714/972-9979  800/522-2611

JAMES SHORTT, MD
HEALTH DIRECTIONS
3901 EDMUND HWY STE A
WEST COLUMBIA, SC  29170

Attending Physician:

ALAN BROUGHTON, M.D.
PATHOLOGIST

Patient Name:
Accession Number: 30327044
Date Collected: 03/25/2003
Time Collected:
Date Received: 03/27/2003
Date Reported: 04/04/2003
Report Comment:

P.I.D:
D.O.B.:                    Age: 23
Sex: M
Fasting: No

Ⓐ

| | | Expected Range | |
|---|---|---|---|
| SOMATOMEDIN C(IGF-1) | 209 | 180-950 | ng/ml |
| | | Expected Range is age and gender specific | |

INSULIN-LIKE GROWTH FACTOR 1 (IGF-1) REFERENCE RANGES:

| Age Range | Male | Female |
|---|---|---|
| 0-4 | 17-248 | 17-248 |
| 5-14 | 110-957 | 117-1098 |
| 15-24 | 180-950 | 180-780 |
| 25-34 | 90-390 | 100-450 |
| 35-44 | 90-350 | 100-350 |
| 45-54 | 90-250 | 90-250 |
| 55-64 | 80-230 | 80-240 |
| 65-74 | 80-180 | 80-190 |
| 75-84 | 50-160 | 50-160 |

The expected IGF-1 range given is specific for this individual's sex and age. However it should be noted that IGF-1 (Somatomedin C) levels fall progressively with age.

PAGE: 1    END OF REPORT



**AAL**
REFERENCE LABORATORIES, INC.

1715 E. WILSHIRE #715
SANTA ANA, CA 92705
714/972-9979  800/522-2611

ALAN BROUGHTON, M.D.
PATHOLOGIST

JAMES SHORTT, MD
HEALTH DIRECTIONS
3901 EDMUND HWY STE A
WEST COLUMBIA, SC 29170

Patient Name:
Accession Number: 30605013
Date Collected: 06/03/2003
Time Collected:
Date Received: 06/05/2003
Date Reported: 06/11/2003
Report Comment:

P.I.D:
D.O.B.:
Sex: M
Fasting: No
Age: 24

Attending Physician:

Expected Range

SOMATOMEDIN C(IGF-1)        519        180-950 ng/ml
Expected Range is age and gender specific

INSULIN-LIKE GROWTH FACTOR 1 (IGF-1) REFERENCE RANGES:

| Age Range | Male | Female |
|---|---|---|
| 0-4 | 17-248 | 17-248 |
| 5-14 | 110-957 | 117-1098 |
| 15-24 | 180-950 | 180-780 |
| 25-34 | 90-390 | 100-450 |
| 35-44 | 90-350 | 100-350 |
| 45-54 | 90-250 | 90-250 |
| 55-64 | 80-230 | 80-240 |
| 65-74 | 80-180 | 80-190 |
| 75-84 | 50-160 | 50-160 |

The expected IGF-1 range given is specific for this individual's sex and age. However it should be noted that IGF-1 (Somatomedin C) levels fall progressively with age.

PAGE: 1   END OF REPORT